the Federal District Court, on application of the Board, enjoin Petitioners from enforcing an injunction already obtained from the State Court?"

*Carl M. Gould* for petitioners. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Dominick L. Manoli* and *Norton J. Come* filed a memorandum for respondent.

No. 475. L. Ronney & Sons Furniture Manufacturing Co. *v.* National Labor Relations Board. C. A. 9th Cir. Certiorari denied. *A. Andrew Hauk* for petitioner. *Acting Solicitor General Stern, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 477. Kohlberg *v.* Gray, Administrator of Veterans Affairs, et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Carl L. Shipley* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger* and *Samuel D. Slade* for respondents.

No. 482. Harvey Radio Laboratories, Inc. *v.* United States. Court of Claims. Certiorari denied. *Bolling R. Powell, Jr.* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Melvin Richter* and *Lester S. Jayson* for the United States.

No. 485. Food Fair Stores, Inc. *v.* Square Deal Market Co., Inc. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *H. Douglas Weaver* and *Donald E. Van Koughnet* for